# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00590-CV

### W. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-13-001416, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on September 25, 2014. By request to this Court dated October 1, 2014, Laura H. Taylor requested an extension of time to file the record.

Any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Laura H. Taylor is hereby ordered to file the reporter's record in this case on or before October 24, 2014. If the record is not filed by that date, Taylor may be required to show cause why she should not be held in contempt of court.

It is ordered on October 2, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin